# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 14, 2023

**CASE OF:** IN RE: AMENDMENTS TO FLORIDA RULES OF CIVIL PROCEDURE FOR INVOLUNTARY COMMITMENT OF SEXUALLY VIOLENT PREDATORS

**DOCKET NO.:** SC2023-0005

**OPINION FILED:** August 31, 2023

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 26, line 16, the letter "c" in "Cause" was capitalized.

On p. 26, line 16, the letter "r" in "Review" was capitalized.

On p. 26, line 27, the letter "t" in "Trial" was capitalized.

On p. 27, line 4, the letter "p" in "Persuasion" was capitalized.

**SIGNED: OPINION CLERK**